

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No.  '22 MJ1582 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, U.S.C. § 1324(a)(1)(A)(ii) |
| | Transportation of Illegal Aliens |
| Shamia HARDGRAVES, | |
| Paige GADSON, | |
| Defendants. | |

The undersigned complainant being, duly sworn, states:

On or about May 9, 2022, within the Southern District of California, defendants Shamia HARDGRAVES, and Paige GADSON with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Cirilo ANASTACIO-Concepcion, Edgar GUIA-Ramos, and Carolina SANTIAGO-Martin, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 10, 2022.

HON. BARBARA L. MAJOR
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Shamia HARDGRAVES,
Paige GADSON,

## PROBABLE CAUSE STATEMENT

The complainant states that Cirilo ANASTACIO-Concepcion, Edgar GUIA-Ramos, and Carolina SANTIAGO-Martin, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 9, 2022, Border Patrol Agent A. Hurd was performing his duties in the Brown Field Border Patrol Station's area of responsibility. Agent Hurd was dressed in full rough duty uniform with badges and insignia fully visible.

At approximately 5:15 PM, Agent Hurd observed a red Infinity QX30 and black Dodge Charger pulling over on the side of the road on State Route 94 (SR94), two times. Agent Hurd also observed the passenger of the Infinity, later identified as a defendant, Paige GADSON, exit the vehicle, open the trunk, and rear passenger doors each time the Infinity pulled over. Agent Hurd parked behind both vehicles and the Infinity took off.

Agent Hurd relocated to a high point overlooking SR94, and at approximately 5:50 PM, Agent Hurd observed the Infinity pullover, and three individuals ran towards and boarded the Infinity. Agent Hurd attempted a vehicle stop on the Infinity near Barrett School Road, but the vehicle failed to yield. The Infinity continued fleeing on SR94 at approximately speeds of 60 MPH. Though there were safe spots to stop the vehicle, it did not yield for approximately 15 minutes until it reached the State Route 94 Border Patrol Checkpoint.

At approximately 6:04 PM, Agent Hurd approached the vehicle and removed the driver, later identified as the defendant, Shamia HARDGRAVES, and three passengers, later identified as, Cirilo ANASTACIO-Concepcion, Edgar GUIA-Ramos, and Carolina SANTIAGO-Martin. Supervisory Border Patrol Agent W. MOORE who was assigned to the checkpoint, approached the Infinity from the front passenger side and removed GADSON from the vehicle.

Agent Hurd conducted an immigration inspection on the back seat passengers, ANASTACIO, GUIA, and SANTIAGO. At approximately 6:04 PM, Agent Hurd arrested ANASTACIO, GUIA, and SANTIAGO. At approximately 6:06 PM, Agent Hurd arrested HARDGRAVES, and Agent Williams arrested GADSON.

**CONTINUATION OF COMPLAINT:**
**Shamia HARDGRAVES,**
**Paige GADSON,**

Defendant Shamia HARDGRAVES stated that she drove to downtown San Diego to visit her sister. HARDGRAVES stated that she was recommended to check out a lake and drove to the lake with her friend Paige GADSON. HARDGRAVES stated that she picked up people on the side of the road that looked like they needed help. HARDGRAVES stated she did not stop until reaching the checkpoint because she did not want to be in the mountains.

Material witnesses Cirilo ANASTACIO-Concepcion, Edgar GUIA-Ramos, and Carolina SANTIAGO-Martin admitted to being citizens of Mexico, illegally present in the United States without proper immigration documentation to enter, pass through, or remain in the United States legally. Material witnesses AMADO and JOAQUIN admitted to making smuggling arrangements and agreed to pay a fee between $9,000 and $10,000 USD. ANASTACIO, GUIA, and SANTIAGO stated that they followed a foot guide until they reached the pickup location. ANASTACIO and GUIA stated that when the vehicle arrived, the passenger got out of the vehicle and instructed them to get in. SANTIAGO stated that she heard the driver and passenger yelled out "get in" in the Spanish language. When shown photographic lineups, GUIA was able to identify Shamia HARDGRAVES as the driver, and Paige GADSON as the passenger in this event.